UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RUSSELL PERCY DUNHAM,

    Petitioner,

v                                            Case No. 1:03-cv-862

PATRICIA L. CARUSO,                    Hon. Wendell A. Miles

    Respondent.

_____/

## JUDGMENT

The petition for habeas corpus is dismissed as time-barred.

Entered this 30th day of October, 2006.

                                                   /s/ Wendell A. Miles
                                                   Wendell A. Miles
                                                   Senior U.S. District Judge